UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:24-cr-00014-RLY-KMB |
| | ) | |
| PHILLIP HOLDEN, | ) -02 | |
| | ) | |
| Defendant. | ) | |

## MINUTE ENTRY FOR INITIAL APPEARANCE

The Parties appeared before Magistrate Judge Kellie M. Barr on January 22, 2024, for an initial appearance on the Indictment filed on January 17, 2024. Defendant Phillip Holden appeared in person and by Federal Community Defender Sam Ansell. Government appeared by Assistant United States Attorneys Bradley Shepard and Samantha Spiro. The United States Probation Office was present by USPO Courtney Ratzlaff.

The Court had previously reviewed and approved the Defendant's financial affidavit and appointed counsel in 1:24-mj-0064-KMB. The Court confirmed that appointment applies in this case as well, and the previously submitted financial affidavit will also be docketed in this case.

Defendant waived formal arraignment and reading of the Indictment on the record. Charges, rights, and penalties were reviewed and explained.

The Government represented that it would be filing a motion to declare this case as complex and establish an appropriate discovery schedule. Counsel was ordered to meet and confer and no later than February 5, 2024, file such a motion with a joint proposed discovery schedule for the District Judge's approval. To the extent counsel cannot agree on a joint proposed

1

discovery schedule, separate schedules may be proposed.

Pursuant to Rule 5(f) of the Federal Rules of Criminal Procedure, the Court, with both the prosecutor and defense counsel present, confirms the government's obligation to disclose favorable evidence to the accused under *Brady v. Maryland*, 373 U.S. 83 (1963), and its progeny, and orders it to do so. Favorable evidence under *Brady* need only have some weight and includes both exculpatory and impeaching evidence. Failure to produce such evidence in a timely manner may result in sanctions, including, but not limited to, adverse jury instructions, dismissal of charges, and contempt proceedings.

The Government did not seek pretrial detention. Defendant released on conditions of pretrial release pending further proceedings before the Court.

Date: 1/22/2024

*Kellie M. Barr*
Kellie M. Barr
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email