UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CAUSE NO. 1:24-cr-00014-RLY-KMB |
| | ) | |
| THOMAS "TOM" H. STOUGHTON, | ) | -01 |
| a/k/a "Senior," | ) | |
| a/k/a "Tom Sr.," | ) | |
| PHILLIP HOLDEN, and | ) | -02 |
| PERCY CLARK, | ) | -03 |
| | ) | |
| Defendants. | ) | |

ORDER ON MOTION FOR REASSIGNMENT

THIS MATTER having come before this Court on the government's motion requesting this Court reassign cause number 1:24-cr-00050-JPH-MJD to this Court, and this Court having reviewed the motion and being duly informed in the matter, it is hereby

ORDERED AND ADJUDGED that the government's motion is GRANTED.

It is further ORDERED AND ADJUDGED that the defendant's case in Cause No. 1:24-cr-00050-JPH-MJD be reassigned to this Court. This Court hereby finds pursuant to Local Criminal Rule 12-2 that these cases are related as (1) they are based on the same set of facts and events; (2) the handling of both cases by the same judge is likely to result in an overall saving of judicial resources; and (3) neither case has progressed to the point where reassigning a case would likely delay substantially the proceedings in either case and the Court finds that the assignment of the cases to the same judge would promote consistency in resolution of the cases or otherwise be in the interest of justice.

SO ORDERED.

Date: 4/15/2024

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record